**No. 41163.**—Protest 978698–G of William Turino (New York).

Opinion by CLINE, J. On the record presented the protest was overruled.

**No. 41164.**—Protest 980269–G of Knickerbocker Mills Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of marjoram leaves similar to those the subject of *Knickerbocker Mills* v. *United States* (T. D. 48959). The claim for free entry under paragraph 1722 was therefore sustained.

**No. 41165.**—Protest 969330–G of Julius Wile Sons & Co., Inc. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 17532 and *Wile* v. *United States* (T. D. 49514) the cheese sticks and cheese balls in question were held dutiable at 20 percent under paragraph 1558 as claimed.

BEFORE THE SECOND DIVISION, APRIL 28, 1939

**No. 41166.**—Protests 975992–G, etc., of Rolls Razor, Inc., et al. (New York)

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Lee* v. *United States* (T. D. 49358) the claim as machines or parts thereof at 27½ percent under paragraph 372 was sustained.

**No. 41167.**—Protests 362980–G, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 41168.**—Protests 313065–G, etc., of Gimbel Bros. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, lamps, coffee percolators, and atomizers chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.